# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WESTERN DIVISION

## CIVIL COMPLAINT

TINA MARIE WELLER )
)
)
Enter above the full name of Plaintiff or )
Plaintiffs in this action )
)
vs. ) No. 05-0041-CV-W-FJG
)
LEGAL AID of WESTERN )
MO: WILLIAM A. SHULL III, )
INDIVIDUALLY )
)
Enter above the full name of Defendant or )
Defendants in this action )

**I.  Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff   TINA MARIE WELLER

   Address   95 SW 75 #57
             Warrensburg, MO 64093

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant, WILLIAM A. SHULL III is employed as ATTORNEY AT LAW at LEGAL AID OF WESTERN MO

C. Additional Defendants   LEGAL AID OF WESTERN MISSOURI

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

ON MAY 2002 & IN JUNE 2004 PLAINTIFF APPLIED FOR A "VAWA GRANT" ATTORNEY POSITION WITH DEFENDANT L INTERVIEWED IN WARRENSBURG WITH WILLIAM ASHULL. PLAINTIFF WAS L IS A MIXED RACE (NATIVE AMERICAN/CAUCASIAN), FEMALE OVER 40 yrs. old AT THE TIME & HIGHLY QUALIFIED. PLAINTIFF SAW MALE ATTORNEYS OVER 40, BUT NO FEMALES OVER 40 IN THE OFFICE L DEFENDANTS HIRED SUSAN McGLONE L ANOTHER FOR THE POSITIONS BOTH LESS QUALIFIED, CAUCASIAN FEMALES UNDER 40 yrs. OLD.

## III. Relief

State briefly exactly what you want the Court to do for you.

Provide past, present & future lost wages, punative damages, "but for losses", pre & post judgment interest, costs & fees related to litigation, non-pecuinary injunction possibly & all relief in law & equity that is just & proper, defendants jointly & severally.

Make no legal arguments. Cite no cases or statutes.

## IV.
Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒    No ☐

## V.
Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

Yes ☒    No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages apprx $500,000 may need amending post, present & future lost wages minus wages earned, punatives & costs: WELLER SUFFERED THESE ACTUAL LOSSES & DEFENDANTS CAUSED THEM, DEFENDANTS WILL CONTINUE TO DISCRIMINATE AGAINST WELLER & THE PUBLIC UNLESS GIVEN INCENTIVE NOT TO (PUNATIVES). WELLER DOES NOT WANT HIRED NOW, AS DEFENDANTS WOULD RETALIATE & FIRE HER.

## IV. Counsel

Do you have an attorney to represent you in this civil action?

Yes ☐    No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☑    No ☐

B. If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

① Jeffrey W. Bruce, esq./PO Box 797/Benton, MO 64012 "Conflict of interest"
② David W. White, esq./911 Main St. #3000/K.C., MO 64105 "No Smoking County"
③ Kirk D. Holman, esq./1125 Grand Ave, Ste. 1400 Kansas City, MO 64106, Case declined without comment.
K.C.

C. If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____
_____

VII. **Administrative Procedures**

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☑ ? EEOC    No ☐

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

I sent documents & complaints to EEOC & MHRC, & I decided that EEOC could handle it. EEOC investigated & I received a "Right to Sue" letter in Nov., 2004. MHRC did the same as EEOC

C. If you answered no, state the date your claims were so presented, how they were presented, and the result of that procedure.

_____
_____
_____
_____

Signed this __10__ day of __Jan.__, 20 _05_

_____Tina M. Weller_____
Signature of Plaintiff or Plaintiffs

# VERIFICATION

State of _____ )
                        )
County of _____ )

_____, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_____Tina M. Weller_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 12th day of January, 20 05

_Melanie Beard_
~~Notary Public~~ Deputy Clerk

_____
My Commission Expires

civcomp.int